## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TITO KNOX, | Civil No. 11-1326 (JRT/JJG) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WARDEN B.R. JETT, | |
| Respondent. | |

Tito Knox, #13813-171, Rochester Federal Medical Center, Post Office Box 4000, Rochester, MN 55903, pro se petitioner.

Gregory Brooker, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated July 25, 2011. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 4], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 16, 2011                              s/ John R. Tunheim
at Minneapolis, Minnesota                         JOHN R. TUNHEIM
                                                                               United States District Judge